Taxpayer Name: AVX Corporation & Subs
Taxpayer ID Number: ███████

STATEMENT ATTACHED TO AND MADE PART OF

FORM: 1120
Taxpayer Tax Form: U.S. Corporation Income Tax Return

### ELECTION TO PAY NET TAX LIABILITY UNDER SECTION 965 IN INSTALLMENTS UNDER SECTION 965(h)(1)

AVX Corporation & Subs elects to pay the Net 965 Tax Liability eligible for installments (as defined herein), for the taxable year ended 03/31/2018 in 8 installments.

**TAXPAYER'S NET 965 TAX LIABILITY ELIGIBLE FOR INSTALLMENTS:**

| | | |
|---|---|---:|
| (a) | Taxpayer's net tax liability for the taxable year with all 965 related amounts | 110,372,976. |
| (b) | Taxpayer's net tax liability for the taxable year without 965 related amounts | 40,061,960. |
| (c) | Net 965 Tax Liability (excess of (a) over (b)) | 70,311,016. |
| (d) | If applicable, S Corporation shareholder deferred Net 965 Tax Liability for the taxable year, otherwise zero | |
| (e) | Net 965 Tax Liability eligible for installment payments (excess of (c) over (d)) | 70,311,016. |

**ANTICIPATED INSTALLMENT PAYMENT SCHEDULE:**

| | | |
|---|---|---:|
| 1. | Current tax year (8% of amount on line (e)) | 5,624,881. |
| 2. | Second tax year (8% of amount on line (e)) | 5,624,881. |
| 3. | Third tax year (8% of amount on line (e)) | 5,624,881. |
| 4. | Fourth tax year (8% of amount on line (e)) | 5,624,881. |
| 5. | Fifth tax year (8% of amount on line (e)) | 5,624,881. |
| 6. | Sixth tax year (15% of amount on line (e)) | 10,546,652. |
| 7. | Seventh tax year (20% of amount on line (e)) | 14,062,203. |
| 8. | Eighth tax year (25% of amount on line (e)) | 17,577,754. |

**Defendant Exhibit A**

7XE154 1.000

0001AS    P93U    01/11/2019 10:27:54 V17-7.12F    ███████    135