# Kay McAlister

| | |
|---|---|
| **Subject:** | Phone Conference, KYOCERA AVX Components Corporation v. United States of America, 6-22-cv-2440-TMC |
| **Location:** | Phone Status Conference |
| **Start:** | Tue 12/17/2024 10:00 AM |
| **End:** | Tue 12/17/2024 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Kay McAlister |
| **Required Attendees** | L McAlister |

_____

# Microsoft Teams Need help?

Meeting ID: 229 837 023 358

Passcode: EKHz3p

_____

## Dial in by phone

+1 864-447-3799,,866006693# United States, Calhoun Falls

Find a local number

Phone conference ID: 866 006 693#

_____

1