# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| KYOCERA AVX COMPONENTS CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | C/A No.: 6:22-cv-02440-TMC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's request made at a telephonic status conference held on December 17, 2024, the parties submit this status report to address the effect of a notice of deficiency, as first described in the United States' letter to the Court dated November 21, 2024. (*See* ECF 98.)

1.     On December 20, 2024, the Internal Revenue Service issued a statutory notice of deficiency to Kyocera AVX Components Corp. that relates to Kyocera's tax year ending March 31, 2018, which is the tax year at issue in the instant case. In that document, the IRS notified Kyocera that it had determined there to be a deficiency for that tax year (*see* 26 U.S.C. § 6212), and, by statute, Kyocera may file a petition with the U.S. Tax Court for a redetermination of that deficiency within 90 days of that date.

2.     Pursuant to 26 U.S.C. § 7422(e), this case is stayed for a period of 150 days, or May 19, 2025. *See, e.g., Statland v. United States*, 178 F.3d 465, 471-473 (7th Cir. 1999) (§ 7422(e) triggered by a notice of deficiency issued before district court case has proceeded to an actual trial and where the deficiency relates to the same subject matter, *i.e.*, the tax liability for the same tax year).

3.     Kyocera AVX intends to review the notice of deficiency and determine whether to file a petition in the U.S. Tax Court.

4. Unless the Court directs otherwise, the parties intend to file a further status report or other appropriate document on or before March 26, 2025, after the initial 90-day period has passed.

Dated: December 30, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Calvin T. Vick, Jr.<br>D. Gregory Placone (Fed. ID No. 11977)<br>Calvin T. Vick, Jr. (Fed. ID No. 9502)<br>HUDSON LAMBERT PARROTT, LLC<br>201 W. McBee Ave., Suite 450<br>Greenville, South Carolina 29601<br>PH: (864) 235-5535<br>FX: (864) 235-6866<br>gplacone@hlpwlaw.com<br>tvick@hlpwlaw.com<br><br>George B. Abney<br>Admitted *Pro Hac Vice*<br>Georgia Bar No. 121676<br>Florida Bar No. 171557<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Direct: 404-881-7980<br>FX: 404-253-8380<br>george.abney@alston.com<br><br>*Attorneys for Plaintiff KYOCERA AVX Components Corporation* | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>s/ Daniel B. Causey, IV<br>DANIEL B. CAUSEY, IV<br>SC Bar No. 104035<br>THOMAS J. SAWYER<br>IN Bar No. 11665-64<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Washington, DC 20044<br>(t) 202-514-8129<br>(f) 202-514-4963<br>Daniel.B.Causey@usdoj.gov<br><br>OF COUNSEL:<br>ADAIR FORD BOROUGHS<br>United States Attorney<br>District of South Carolina |