AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| KYOCERA AVX Components Corporation )<br>*Plaintiff* )<br>v. )<br>United States of America )<br>*Defendant* ) | Civil Action No.   6-22-cv-2440-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ other: this case is dismissed.

This action was:

■ decided by the Honorable Chief Judge Timothy M. Cain

Date:   April 1, 2025

*CLERK OF COURT*

s/L. K. McAlister, Deputy Cler

*Signature of Clerk or Deputy Clerk*